IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE KNUCKLES, | No. 2:11-CV-3297-KJM-CMK |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil action. The scheduling conference currently set in this matter for October 17, 2012, at 10:00 a.m. before the undersigned in Redding, California, is hereby vacated pending resolution of defendant's pending motion to dismiss.

IT IS SO ORDERED.

DATED: October 4, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1